IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**CARL WATTS**                                **PLAINTIFF**

v.                                No. 3:21CV164-NBB-RP

**OFFICER MARVIN COLEMAN, ET AL.**                                **DEFENDANTS**

**ORDER *DISMISSING* CASE AS UNTIMELY FILED**

This matter comes before the court after its August 24, 2022, order [19] requiring the plaintiff to show cause why the instant case should not be dismissed as untimely filed. The plaintiff has not responded to the order, and the deadline to do so expired on September 14, 2022. For the reasons set forth in the Show Cause Order [19], this case is **DISMISSED** with prejudice as untimely filed.

**SO ORDERED**, this, the 21st day of October, 2022.

                                                     /s/ Neal Biggers
                                                     NEAL B. BIGGERS
                                                     SENIOR U. S. DISTRICT JUDGE